## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT GREENEVILLE, TENNESSEE

| | |
|---|---|
| DEBORAH LEONARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 2:12-CV-00121 |
| ) | |
| ) | |
| ENCORE CAPITAL GROUP, INC., ) | District Court Judge Mattice |
| MIDLAND FUNDING, LLC., ) | Magistrate Judge Carter |
| MIDLAND CREDIT MANAGEMENT, ) | |
| INC., NANCY KOHLS and ) | |
| FINKELSTEIN, KERN, STEINBURG ) | |
| And CUNNINGHAM, PLLC., ) | |
| ) | |
| Defendant. ) | **Jury Trial Demanded** |

## NOTICE TO THE CLERK OF THE COURT

Please take notice that the undersigned, on the behalf of the Plaintiff, has this date served on Defendants or counsel for Defendants, the following:

(X) Plaintiff's Interrogatories to Defendants

(X) Plaintiff's Request for Production of Documents to Defendants

(X) Plaintiff's Request for Admissions to Defendants

Dated this the 16th day of October, 2012.

Respectfully submitted,

Everett H. Mechem
220 Broad Street
Suite 206
Kingsport, TN 37660
(423) 207-1300
(423) 370-1717(Fax)
everett@mechemlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Interrogatories, Plaintiff's Requests for Admissions and Requests for Production of Documents to Defendant has been served by electronic mail per agreement and a courtesy copy has been sent by U.S. Postal Service, to Burr & Forman, 420 North 20th Street, Suite 3400, Birmingham, AL 35203, postage pre-paid this 18th day of October, 2012.

*[signature]*
Everett H. Mechem, Esq.
Attorney for Defendant