IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| DEBRA LEONARD, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:12-cv-00121 |
| ENCORE CAPITAL GROUP, INC., MIDLAND FUNDING, LLC, MIDLAND CREDIT MANAGEMENT, INC., NANCY KOHLS and FINKELSTEIN, KERN, STEINBERG & CUNNINGHAM, P.C., | ) |
| Defendants. | ) |

### ENCORE CAPITAL GROUP, INC.'S, MIDLAND FUNDING, LLC'S, MIDLAND CREDIT MANAGEMENT, INC.'S, AND NANCY KOHLS' WITNESS LIST

**COME NOW** Defendants Encore Capital Group, Inc. ("Encore"), Midland Funding, LLC ("Midland Funding"), Midland Credit Management, Inc. ("MCM"), and Nancy Kohls ("Kohls") (collectively, "Defendants"), by and through their undersigned counsel, and pursuant to the Scheduling Order [Doc. 17] and Fed. R. Civ. P. 26(a)(3)(A)(i) hereby identifies the individuals it will or may call at the trial of this matter:

| Name | Contact Information | Will Call /May Call | Testimony Method |
|---|---|---|---|
| Debra Leonard | Contact through Counsel Everett H. Mechem 220 Broad Street, Suite 206 Kingsport, TN 37660 Telephone: (423) 207-1300 | Will Call | Live |
| Nancy Kohls | Contact Through Counsel: R. Frank Springfield Burr & Forman LLP 420 North 20th Street Suite 3400 Birmingham, Alabama 35203 Telephone: (205) 458-5187 | Will Call | Live |

| | | | |
|---|---|---|---|
| John Moreno | Midland Credit Management, Inc.<br>Contact Through Counsel:<br>R. Frank Springfield<br>Burr & Forman LLP<br>420 North 20th Street<br>Suite 3400<br>Birmingham, Alabama 35203<br>Telephone: (205) 458-5187 | May Call | Live |
| One or more representatives from Midland Funding, LLC | Midland Funding, LLC<br>Contact Through Counsel:<br>R. Frank Springfield<br>Burr & Forman LLP<br>420 North 20th Street<br>Suite 3400<br>Birmingham, Alabama 35203<br>Telephone: (205) 458-5187 | May Call | Live |
| One or more representatives from Midland Credit Management, Inc. | Midland Credit Management, Inc.<br>Contact Through Counsel:<br>R. Frank Springfield<br>Burr & Forman LLP<br>420 North 20th Street<br>Suite 3400<br>Birmingham, Alabama 35203<br>Telephone: (205) 458-5187 | May Call | Live |
| One or more representatives from Encore Capital Group, Inc. | Encore Capital Group, Inc.<br>Contact Through Counsel:<br>R. Frank Springfield<br>Burr & Forman LLP<br>420 North 20th Street<br>Suite 3400<br>Birmingham, Alabama 35203<br>Telephone: (205) 458-5187 | May Call | Live |
| Ashley Hoffman | Contact Through Counsel:<br>R. Frank Springfield<br>Burr & Forman LLP<br>420 North 20th Street<br>Suite 3400<br>Birmingham, Alabama 35203<br>Telephone: (205) 458-5187 | May Call | Live |
| One or more representatives from Finkelstein, Kern, Steinberg & Cunningham, P.C. | Contact Through Counsel:<br>Ron Cunningham<br>Finkelstein, Kern, Steinberg & Cunningham<br>P.O. Box 1<br>Knoxville, TN 37901<br>Telephone: (865) 525-0238 | May Call | Live |

| One or more representatives from GE Money Bank | TBD | May Call | Live |

In addition to the witnesses identified above, Defendants may also call the following witnesses:

1. All witnesses necessary for impeachment.

2. All witnesses necessary for rebuttal.

3. All of the witnesses listed on Plaintiffs' witness list.

4. All of the witnesses listed on Defendant Finkelstein, Kern, Steinberg & Cunningham's witness list.

5. All persons with discoverable information who are identified by either party between now and trial.

Respectfully submitted,

*/s/ R. Frank Springfield*
Alan D. Leeth (BPR # 022358)
R. Frank Springfield (BPR # 025833)
Zachary D. Miller

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
aleeth@burr.com
fspringf@burr.com
zmiller@burr.com

John Nefflen (BPR # 20226)
BURR & FORMAN, LLP
700 Two American Center
3102 West End Ave.
Nashville, TN 37203
Telephone: (615) 724-3237
Facsimile: (615) 724-3337
jnefflen@burr.com

Attorneys for Defendants

ENCORE CAPITAL GROUP, INC., MIDLAND FUNDING, LLC, MIDLAND CREDIT MANAGEMENT, INC., AND NANCY KOHLS

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 7th day of May, 2013:

Everett H. Mechem
Mechem Law Firm, P.C.
220 Broad Street, Suite 206
Kingsport, TN 37660
Telephone: (423) 207-1300
Facsimile: (423) 370-1717
everett@mechemlaw.com

Ron E Cunningham
Finkelstein, Kern, Steinberg & Cunningham
P O Box One
Knoxville, TN 37901
865-525-0238
Fax: 865-523-5138
Email: Ron@fksclaw.com

*s/ R. Frank Springfield*
OF COUNSEL